

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

March 23, 2020

Via ECF

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re: *United States v. Ziskind, et al.*
<u>Case No.: 18-cr-00375 (VSB)</u>

Dear Judge Broderick:

      We represent defendant Kevin Weinzoff in the above matter. Mr. Weinzoff is currently scheduled to be sentenced on April 17, 2020. With the consent of the government and P.O. Collen Tyler of U.S. Probation, and in light of the uncertainties presented by the COVID-19 pandemic, we respectfully request 1) an adjournment of Mr. Weinzoff's sentencing to a convenient date for the Court in **July 2020** to allow more time to prepare Mr. Weinzoff's sentencing memorandum, and 2) that the due date for Probation's final disclosure of the PSR be extended accordingly to allow defendant more time to provide additional documentation and information to Probation in advance of the final PSR disclosure.

      Thank you for your attention to this matter.

Respectfully submitted,


 s/ Brian D. Waller_____
Brian D. Waller

cc: AUSA Andrew Thomas
      AUSA Robert Boone
      P.O. Collen Tyler (via email)

---

**APPLICATION GRANTED**
**SO ORDERED**
*[signature]*
VERNON S. BRODERICK
U.S.D.J.  3/30/2020

Sentencing in this matter is hereby adjourned to July 9, 2020 at 2:00 p.m.

---

www.pecklaw.com

1325 Avenue of the Americas
10th Floor
New York, NY 10019
tel. 212.382.0909
fax 212.382.3456

New York, NY
Los Angeles, CA
Oakland, CA
Washington, D.C.
Miami, FL
Chicago, IL
River Edge, NJ
Austin, TX
Dallas, TX
Houston, TX

International Alliances

Argentina
Brazil
Canada
Chile
Colombia
Costa Rica
El Salvador
England
Guatemala
India
Mexico
Panama
Peru
Uruguay