

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

www.pecklaw.com

1325 Avenue of the Americas
10th Floor
New York, NY 10019
tel. 212.382.0909
fax 212.382.3456

New York, NY
Los Angeles, CA
Oakland, CA
Washington, D.C.
Miami, FL
Chicago, IL
River Edge, NJ
Austin, TX
Dallas, TX
Houston, TX

**International Alliances**

Argentina
Brazil
Canada
Chile
Colombia
Costa Rica
El Salvador
England
Guatemala
India
Mexico
Panama
Peru
Uruguay

December 1, 2020

Via ECF

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:    *United States v. Ziskind, et al.*
       Case No.: 18-cr-00375 (VSB)

Dear Judge Broderick:

    We represent defendant Kevin Weinzoff in the above matter. Mr. Weinzoff is currently scheduled to be sentenced on December 18, 2020.  We just learned yesterday that three members of Mr. Weinzoff's household, with whom Mr. Weinzoff has had close contact, have tested positive for Covid-19, and two of those people have been hospitalized with serious symptoms.  Given this situation, and without objection from the government, we respectfully request an adjournment of Mr. Weinzoff's sentencing for approximately 30 days to a convenient date for the Court in January 2021.

    Thank you for your courtesy and attention to this matter.

Respectfully submitted,

_s/ Brian D. Waller_____
Brian D. Waller

cc:    AUSA Andrew Thomas
       AUSA Robert Boone

---

**APPLICATION GRANTED
SO ORDERED**
*[signature]*
**VERNON S. BRODERICK
U.S.D.J.** 12/3/2020

Sentencing in this matter is hereby adjourned to January 29, 2021 at 12 p.m.