

# Peckar & Abramson
**A Professional Corporation • Attorneys & Counselors at Law**

January 19, 2021

Via ECF

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 1/20/2021
Sentencing in this matter is adjourned to March
19, 2021 at 10:00 a.m.

Re:     *United States v. Ziskind, et al.*
        Case No.: 18-cr-00375 (VSB)

Dear Judge Broderick:

We represent defendant Kevin Weinzoff in the above matter.  Mr. Weinzoff is
currently scheduled to be sentenced on January 29, 2021.  In light of the SDNY's
First Amended Standing Order issued on January 6, 2021, suspending in person
operations through February 12, 2021, we respectfully request that Mr. Weinzoff's
sentencing be adjourned to a convenient date for the Court in March 2021.  Mr.
Weinzoff does not waive his right to be physical present for his sentencing and
does not consent to be sentenced via remote conference.  In accordance with the
Court's Emergency Individual Rules and Practices in Light of Covid, dated
December 11, 2020, we have conferred with AUSA Andrew Thomas who has no
objection to this request.

Thank you for your courtesy and attention to this matter.

Respectfully submitted,


  s/ Brian D. Waller_____
Brian D. Waller

cc:     AUSA Andrew Thomas
        AUSA Robert Boone

www.pecklaw.com

1325 Avenue of the Americas
10th Floor
New York, NY  10019
tel. 212.382.0909
fax 212.382.3456

New York, NY
Los Angeles, CA
Oakland, CA
Washington, D.C.
Miami, FL
Chicago, IL
River Edge, NJ
Austin, TX
Dallas, TX
Houston, TX


International
Alliances

Argentina
Brazil
Canada
Chile
Colombia
Costa Rica
El Salvador
England
Guatemala
India
Mexico
Panama
Peru
Uruguay