

# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

www.pecklaw.com

1325 Avenue of the Americas
10th Floor
New York, NY 10019
tel. 212.382.0909
fax 212.382.3456

New York, NY
Los Angeles, CA
Oakland, CA
Washington, D.C.
Miami, FL
Chicago, IL
River Edge, NJ
Austin, TX
Dallas, TX
Houston, TX

International Alliances

Argentina
Brazil
Canada
Chile
Colombia
Costa Rica
El Salvador
England
Guatemala
India
Mexico
Panama
Peru
Uruguay

March 9, 2021

Via ECF

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:   *United States v. Ziskind, et al.*
      Case No.: 18-cr-00375 (VSB)

Dear Judge Broderick:

We represent defendant Kevin Weinzoff in the above matter. Mr. Weinzoff is currently scheduled to be sentenced on March 19, 2021. After consultation with AUSA Andrew Thomas, who has no objection to this request, we respectfully request a two-week adjournment of Mr. Weinzoff's sentencing to **April 2, 2021** or any convenient date for the Court thereafter. The purpose of this request is to afford the defense additional time to prepare and submit Mr. Weinzoff's sentencing memorandum. If this request is granted, Mr. Weinzoff's sentencing memorandum will be filed on or before March 19, 2021.

Thank you for your courtesy and attention to this matter.

Respectfully submitted,

  s/ Brian D. Waller
Brian D. Waller

cc:   AUSA Andrew Thomas
      AUSA Robert Boone

---

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.  3/10/2021

Sentencing in this matter is adjourned to April 2, 2021 at 11:30 a.m.